UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY



CASE NO. 99-6410-CIV-LENARD

POLAR SHIPPING COMPANY, LTD.
and United Container Services
(Deutschland) GmbH

    Plaintiffs,

vs.

*M/V Arawak Chief*, her engines
tackle and apparel, *in rem*, and
CERTAIN OCEAN CONTAINERS
BEARING THE PREFIX "UXXU" and
otherwise the name "United container
Systems, and/or UCS, *in rem*,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)(1)(i) AND MOTION FOR RELEASE OF VESSEL IN ACCORDANCE WITH SUPPLEMENTAL RULE E(5)

COMES NOW, POLAR SHIPPING COMPANY, LTD. (hereinafter "POLAR"), by and through its undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(i) and shows:

1. On April 2, 1999 the present action was filed against the *in rem* Defendant *M/V Arawak Chief* by Plaintiff POLAR.

2. On April 3, 1999 process was served upon the *in rem* Defendant *Arawak Chief*.

3. The *in rem* Defendant vessel has not filed an answer or a Motion for Summary

1

Judgment.

4. Plaintiff is desirous of dismissing this action against the *in rem* Defendant *Arawak Chief* without prejudice.

5. Plaintiff, having filed its Notice of Dismissal against the *in rem* Defendant vessel *Arawak Chief*, moves this Court for its Order directing the release of the Defendant vessel pursuant to Local Admiralty Rule E(8)(a)(3).

WHEREFORE, Plaintiff POLAR having filed its Notice of Voluntary Dismissal Without Prejudice against the *in rem* Defendant vessel *Arawak Chief* and Motion for Release of Vessel, moves this Court for its Order directing the release of the Defendant vessel and request this Court to enter an Order directing the United States Marshal for the Southern District of Florida to release the *M/V Arawak Chief*.

DATED this 5th day of April 1999.

JAMES W. STROUP, P.A.
Attorneys for Plaintiffs
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
Telephone 954-462-8808
Telefax 954-462-0278

By: _____
JAMES W. STROUP
Fla Bar No. 0842117

Steve Simms, Esq.
Greber & Simms
Co-Counsel for Plaintiffs
20 S. Charles Street
Suite 702
Baltimore, Maryland 20201